# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

Shandrilla Netesha Gater-Long  }  **Case No: 14-71077-BGC13**
SSN: XXX-XX-5642  }
  DEBTOR(S).  }
  }
  }

## ORDER SUSTAINING

This matter came before the Court on Tuesday, October 21, 2014 09:00 AM, for a hearing on the following:

  RE: Doc #33; Debtor's Objection to Classification of Claim #9 filed by Cerastes, LLC, as assignee of Capital One in the amount of $3,886.77

Proper notice of the hearing was given and appearances were made by the following:

  Kathryn Lila Bettis, (attorney for Shandrilla Netesha Gater-Long)
  Mac Halcomb, (attorney for Trustee)

**It is therefore ORDERED ADJUDGED and DECREED that:**

The Debtor's Objection to Classification of Claim #9 filed by Cerastes LLC as assignee of Capital One is SUSTAINED. Claim classified as unsecured for distribution purposes. Cerastes LLC is Granted Relief from Stay as to a 2011 Yamaha to accept and liquidate said collateral. Said Creditor is granted leave to file a deficiency claim upon liquidation of its collateral. Further, said Creditor is ordered to amend its claim upon liquidation of its collateral giving the Debtor credit for the proceeds from the sale of said collateral.

Dated: 10/24/2014

/s/ BENJAMIN COHEN
BENJAMIN COHEN
United States Bankruptcy Judge